UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SHUNQING LI**,

      Petitioner,

      v.

**DAVID WESLING,** *Field Office Director,*
**ANTONE MONIZ,** *Superintendent,*
*Plymouth County Correctional Facility,*
**TODD LYONS,** *Acting Director of U.S.*
*Immigration and Customs Enforcement,*
**MARKWAYNE MULLIN***, Secretary,*
*U.S. Department of Homeland Security,*
**PAMELA BONDI,**
*Attorney General of the United States,*

      Respondents.

CIVIL ACTION NO.
26-11601-BEM

## **FINAL JUDGMENT**

MURPHY, D.J.

     In accordance with this Court's Order (ECF #10) issued on April 9, 2026, granting the

Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

                             BY THE COURT,

                             */s/ Marlene Martins*

DATED: April 9, 2026                  Deputy Clerk